UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEANGELO ANTWAN COFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-517-ACA-GMB |
| ) | |
| SHANNON WALSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 27, 2022, recommending that the court grant the defendants' motion for summary judgment as to Plaintiff Deangelo Antwan Coffman's claims.  (Doc. 21).  Although the magistrate judge advised the parties of their right to file objections within 14 days, the court has not received any objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.  Accordingly, the court **GRANTS** the defendants' motion for summary judgment and **WILL ENTER JUDGMENT AS A MATTER OF LAW** in favor of the defendants and against Mr. Coffman.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this February 28, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE